STATE of Missouri, ex rel., Jeremiah
W. NIXON, Attorney General, State
of Missouri, Respondent,

v.

William E. WALLS, Appellant.

No. WD 64404.

Missouri Court of Appeals,
Western District.

Aug. 2, 2005.

William E. Walls, Charleston, pro se.

Paul Harper, Jefferson City, MO, for
Respondent.

Before SMART, P.J., HOLLIGER and
HARDWICK, JJ.

### ORDER

PER CURIAM.

The State of Missouri obtained summary
judgment on a claim against William Walls
under the Missouri Incarceration Reimbursement Act (MIRA). Walls appeals,
contending there are genuine issues of material fact that preclude summary judgment. He also raises a constitutional objection to the MIRA claim.

Upon review of the record, we find no
error and affirm the judgment. The parties have been provided with a Memorandum explaining the reasons for our decision, because a published opinion would
have no precedential value.

AFFIRMED. Rule 84.16(b).